IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DANIEL SHIRLEY, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00450-TES |
| | * |
| MULBERRY PROPERTIES LLC, et al., | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated October 29, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 30th day of October, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk